No. 84–1993.  HYDE v. VAN WORMER ET AL., *ante*, p. 827.  Motion of federal respondents for award of damages granted, and damages awarded to federal respondents only in the amount of $500 pursuant to this Court's Rule 49.2.  Motion of respondents Inland Steel Co. et al. for award of damages granted, and damages in the amount of $500 awarded pursuant to this Court's Rule 49.2.  Request of Inland Steel Co. et al. for award of double costs pursuant to Rule 50.7 denied.  Motion of petitioner for award of costs and fees denied.  JUSTICE BLACKMUN dissents from the awards of damages.

JUSTICE BRENNAN, with whom JUSTICE MARSHALL and JUSTICE STEVENS join, dissenting from award of damages.

This Court's Rule 49.2 states that "[w]hen an appeal or petition for writ of certiorari is frivolous, the Court may award the appellee or the respondent appropriate damages."  The Rule sets

no standards for determining when a petition for certiorari is "frivolous," or the amount of damages which may be "appropriate." Absent such criteria, I believe that any award of damages imposed by the Court can only be arbitrary. In this case, the Court has decided to award respondents $500 apiece in damages. It makes no effort to justify this award, or to explain how it arrived at the $500 figure. For these reasons, I dissent from the award of damages.